AO 442 (WIED 02/17) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>Diaunte D Shields<br>*Defendant* | )<br>)<br>) Case No. 24-CR-170<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Diaunte D Shields**,
who is accused of an offense or violation on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition

☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
21:841(a)(1), 841(b)(1)(A), and 846 and 18:2(a) - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
21:841(a)(1), 841(b)(1)(B) and 18:2(a) - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

Date: 8/27/2024

s/ Tony Byal
*Issuing officer's signature*

GINA M. COLLETTI, Clerk, U.S. District Court
By: Tony Byal, Deputy Clerk
*Printed name and title*

City and State: Milwaukee, Wisconsin

### Return

This warrant was received on *(date)* 08/27/2024, and the person was arrested on *(date)* 10/24/2024
at *(city and state)* MILWAUKEE, WI.

Date: 10/24/2024

*Arresting officer's signature*

SPENCER, DUSM
*Printed name and title*