UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                                Plaintiff,

            v.                                          Case No. 24-CR-170

DIAUNTE D SHIELDS,

                                Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR
## A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Kenosha County Jail, for the following judicial proceeding:

Defendant:      DIAUNTE DEVON SHIELDS, Subject No. 138580, DOB: xx/xx/1995
Proceeding:     Initial Appearance/Arraignment & Plea
Date/Time:      January 13, 2025, at 10:00am
Before:         United States Magistrate Judge Stephen C. Dries
                517 E. Wisconsin Avenue, Room 284
                Milwaukee, Wisconsin

Respectfully submitted this 27th day of December, 2024.

                                GREGORY J. HAANSTAD
                                United States Attorney

                                _s/ William J. Roach_
                                WILLIAM J. ROACH
                                Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this 27th day of December, 2024.

                                HONORABLE NANCY JOSEPH
                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.                                     Case No. 24-CR-170

DIAUNTE D SHIELDS,

                    Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To:    **WARDEN OR SUPERINTENDENT, KENOSHA COUNTY JAIL OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

       It is HEREBY ORDERED that you have Diaunte Devon Shields, Subject No. 138580, DOB: 02/18/1995 now detained at the Kenosha County Jail, produced under safe and secure conduct, to the Honorable Stephen C. Dries, United States Courthouse, 517 East Wisconsin Avenue, Room 284, Milwaukee, Wisconsin, commencing on January 13, 2025 at 10:00am for the purpose of an Initial Appearance/Arraignment & Plea Hearing.

       It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

       WITNESS, The Honorable Nancy Joseph, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this 27th day of December, 2024.

GINA M. COLLETTI
Clerk of Court

BY: _Amanda S. Chasteen_
Deputy Clerk